**RISSMILLER** PLLC
EMPLOYMENT LAW FIRM

5 PENNSYLVANIA PLAZA, 19TH FLOOR
NEW YORK, NY 10001
TEL 646.664.1412
WWW.RISSMILLER.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/12/2025_____

**Alex Rissmiller**
arissmiller@rissmiller.com

December 12, 2025

**BY ECF**

The Honorable Andrew L. Carter, Jr., U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>Byers v. SLH Management, LLC et al.; No. 1:25-cv-06259-ALC</u>

Dear Judge Carter:

We represent Plaintiff Carissa Byers in the above-referenced matter. Pursuant to Your Honor's Individual Rule 1(D), we request a brief adjournment of the telephonic conference scheduled by the Court earlier this morning. The reason for this request is Plaintiff's counsel's unavailability due to pre-existing case appearances scheduled at that time.

In compliance with Rule 1(D), we provide the following information:

1. **Original Date:** December 16, 2025, at 12:00 p.m.
2. **Number of Previous Requests:** None.
3. **Disposition of Previous Requests:** N/A.
4. **Consent:** Defendants consent to this request.

Counsel for all parties are available at the following times for the Court's consideration:

- December 16, 2025, after 3:00 p.m.
- December 17, 2025, after 1:00 p.m.

                Respectfully submitted,

                */s/ Alex Rissmiller*_____
                Alex Rissmiller

                */s/ Jazly Liriano*_____
                Jazly Liriano

cc:    Counsel of record (via ECF)

The telephonic conference currently scheduled for December 16, 2025 at noon is hereby **ADJOURNED** to December 16, 2025 at 3:30 PM ET.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
December 12, 2025