**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CARISSA BYERS,**

                    **Plaintiff,**

        **-against-**

**SLH MANAGEMENT, LLC, ET. AL.**

                  **Defendants.**

**25-cv-06259-ALC**

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., United States District Judge:**

Now before the Court is Plaintiff's Motion to Compel Discovery from Defendant Pedro Angel. Dkt. No. 27. For the reasons outlined below, the Motion is **DENIED** without prejudice.

On July 30, 2025, Plaintiff commenced this action. Dkt. No. 1. On October 6, 2025, Defendants SLH Management, LLC and Philip Scotti filed an answer to the Complaint. Dkt No. 14. On that same date, Defendant Angel filed a letter requesting that the Court schedule a pre-motion conference to discuss Defendant Angel's anticipated motion to dismiss the Complaint. Dkt No. 15. On October 7, 2025, the Court issued an Order of Automatic Referral to Mediation pursuant to the Southern District's Third Amended Standing Administrative Order re: Counseled Employment Discrimination Cases. Dkt. No. 16. On October 10, 2025, the Court denied, without prejudice, Defendant Angel's request for a pre-motion conference "[g]iven that this matter has been referred to mediation." Dkt. No. 18 at 4. In the interests of judicial economy, Defendant Angel participated in mediation to see if this matter could be resolved. Mediation was unsuccessful. Dkt. No. 26.

Following the unsuccessful mediation, Defendant Angel renewed his request for a pre-motion conference in anticipation of filing a motion to dismiss the Complaint. Dkt. No. 25. Plaintiff did not respond to Defendant Angel's renewed request, nor did Plaintiff respond to Defendant's original request.

On March 10, 2026, Plaintiff filed a Motion to Compel certain discovery from Defendant Angel. Dkt. No. 27. The Motion was addressed to Magistrate Judge Gorenstein, however, this matter has not been referred to Judge Gorenstein for any purpose. Furthermore, no initial pre-trial conference has been held in this matter, and no discovery schedule has been set. The Motion

also ignores the fact that Defendant Angel seeks to dismiss this suit. For these reasons, the Court concludes that the Motion to Compel is premature; the motion is thus **DENIED** without prejudice. Plaintiff is **ORDERED** to respond to Defendant Angel's request for a pre-motion conference by March 13, 2026. The Parties are **ORDERED** to appear for a telephonic conference on **March 17, 2026** at **2:00 PM ET**. Counsel shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

**SO ORDERED.**

**Dated:** March 11, 2026

       **New York, New York**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**