**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **CARISSA BYERS,** |
| **Plaintiff,** |
| **-against-** |
| **SLH MANAGEMENT, LLC, ET. AL.** |
| **Defendants.** |

**25-cv-06259-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons stated on the record during today's telephonic conference, Defendant Angel's request for leave to file a motion to dismiss is **GRANTED**, and the briefing schedule shall be as follows:

- Defendant's Motion to Dismiss is due by **April 7, 2026**
- Plaintiff's Opposition, if any, is due by **April 21, 2026**
- Defendant's Reply, if any, is due by **April 28, 2026.**

Separately, by **March 24, 2026**, Plaintiff shall file a letter with the Court noting her withdrawal of the assault and battery clams.

**SO ORDERED.**

**Dated:** March 17, 2026

New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**