PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/8/2026

1901 AVENUE OF THE STARS
SUITE 1458
LOS ANGELES, CALIFORNIA 90067
310-622-9200

April 3, 2026

**Via ECF and email to ALCarterNYSDChambers@nysd.uscourts.gov**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Byers v. SLH Management, LLC d/b/a P.J. Clarke's Lincoln Square, et al.
        Case No. 1:25-cv-06259-ALC

Your Honor:

        We represent defendant Pedro Angel ("Defendant Angel") in the above-referenced matter.  We write to respectfully request an extension of time, from April 7, 2026, to April 14, 2026, for Defendant Angel to file his Motion to Dismiss the claims asserted against him ("the Motion") in the complaint of Plaintiff Carissa Byers ("Plaintiff"), dated July 30, 2025 (ECF No. 1).  We respectfully request that the briefing schedule for the Motion be revised as follows:

- Defendant Angel's Motion shall be filed by April 14, 2026;
- Plaintiff's Opposition to the Motion, if any, shall be filed by May 5, 2026; and,
- Defendant Angel's Reply, if any, shall be filed by May 19, 2026.

        This brief extension of time is necessary due to an unanticipated conflicting deadline in a matter handled by the undersigned.  Further, in light of the upcoming religious holidays, we require additional time to prepare and review the Motion with Defendant Angel.  This is Defendant Angel's first request for an extension of time to file the Motion, and the requested extension does not affect any other scheduled dates.  Counsel for Plaintiff has consented to the requested extension and the revised briefing schedule for the Motion.

        We thank the Court for its consideration.

                        Respectfully submitted,

                        /s/ *Kathleen M. Linnane*
                        Kathleen M. Linnane

cc:      All Counsel of Record (via ECF)

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
April 8, 2026