MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CARISSA BYERS,

                                                          :

                        Plaintiff,

            v.                                            :   No. 1:25-CV-06259 (ALC)

SLH MANAGEMENT, LLC d/b/a P.J. CLARKE'S                    :
LINCOLN SQUARE, PHILIP SCOTTI, and
PEDRO ANGEL,                                              :
                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### PROPOSED ORDER – WITHDRAWAL OF COUNSEL

        PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 1.4, Defendant Pedro Angel ("Mr. Angel"), by and through his attorneys Paduano & Weintraub LLP ("P&W"), hereby moves this Court for an Order allowing Kathleen M. Linnane, Esq. to withdraw as counsel for Mr. Angel in the above-referenced action.

        Ms. Linnane is no longer associated with P&W. P&W will continue to serve as counsel for Mr. Angel in this matter. Courtney Fain, Esq. of P&W will continue to represent Mr. Angel.

Dated:      New York, New York          PADUANO & WEINTRAUB LLP
            April 14, 2026

                                        By: /s/ Courtney Fain
                                              Courtney Fain
                                        1251 Avenue of the Americas, Ninth Floor
                                        New York, New York 10020
                                        (212) 785-9100
                                        cf@pwlawyers.com

                                        Attorneys for Defendant
                                        Pedro Angel

The Clerk is directed to terminate the
appearance of Kathleen M. Linnane
as an attorney in this matter.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
        April 15, 2026